**Motion Granted; Vacated and Remanded and Memorandum Opinion filed July 26, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00520-CV

### AMERICAN HOME ASSURANCE COMPANY, Appellant

### V.

### ZURICH AMERICAN INSURANCE COMPANY, Appellee

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2008-19819**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed March 2, 2012.  On July 18, 2012, the parties filed a joint motion to remand the case to the trial court for entry of orders in accordance with the parties' settlement agreement.  *See* Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, we order the judgment of the court below set aside without regard to the merits and remand the case to the trial court for entry of orders pursuant to the

parties' settlement agreement.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.